## MATTHEWS v. MOSS, et ux.

Circuit Court, Palm Beach County.

February 24, 1954.

Willis Sherill, West Palm Beach, for plaintiff.

Earnest, Lewis, Smith & Jones, West Palm Beach, for defendants.

C. E. CHILLINGWORTH, Circuit Judge.

This cause was duly tried by the court. Plaintiff seeks damages because of a dog bite. The evidence is clear as to liability.

The plaintiff, age 67, was under the treatment of a doctor for sixty days, making many trips to his office. She undoubtedly suffered considerably from shock and fright, and has sustained pain and suffering through the dog bite, but no permanent injury or damage other than a scar on her ankle.

Under this state of the evidence and the law, the court finds that plaintiff should be awarded the sum of $71.44 as cash outlay, with interest at 6% per annum on said sum in the amount of $4.28, together with compensatory damages in the amount of $800, making the total sum of $875.72.

It is ordered that plaintiff do have and recover of the defendants the aforesaid sum of $875.72, together with $21.10 costs, for all of which let execution issue.